FILED

08 OCT 23 PM 4:30

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: *EC*

DEPUTY

*Unsealed per Minutes*
*on 10/27/2008. (lt)*

# SECRET

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury

'08 CR 3663 — JAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MIKHAIL M. TUKNOV, JR.,<br><br>　　　　Defendant. | Criminal Case No. _____<br><br>I N D I C T M E N T<br><br>Title 18, U.S.C.,<br>Secs. 1029(a)(2), (b)(1) - Debit<br>Card Fraud; Title 18, U.S.C.,<br>Sec. 2 - Aiding and Abetting;<br>Title 18, U.S.C.,<br>Sec. 1029(a)(3) - Possession of<br>Unauthorized Access Devices with<br>Intent to Defraud; Title 18,<br>U.S.C., Sec. 1028A(a)(1) -<br>Aggravated Identity Theft;<br>Title 18, U.S.C., Sec. 1956(h) -<br>Conspiracy to Commit Money<br>Laundering |

The grand jury charges:

## Count 1

[18 U.S.C. §1029(a)(2), (b)(1)]

Beginning on or about August 17, 2005, and continuing up to and including on or about March 9, 2006, within the Southern District of California and elsewhere, defendant MIKHAIL M. TUKNOV, JR., knowingly and with intent to defraud used and attempted to use one or more unauthorized access devices, specifically, approximately 1044 debit card account numbers and approximately 1045 personal identification

//

MDD:em(1):San Diego
10/23/08

numbers (typically referred to as PINs or PIN numbers) that had been stolen or obtained with intent to defraud, and by such conduct obtained and attempted to obtain anything of value aggregating $1,000 or more during that period; to wit, approximately $371,504.40 in cash, representing successful accesses of accounts with 424 of the unauthorized debit cards and personal identification numbers; in and affecting interstate and foreign commerce; all in violation of Title 18, United States Code, Sections 1029(a)(2), 1029(b)(1) and 2.

### Count 2

### [18 U.S.C. §1029(a)(3)]

On or about September 13, 2005, within the Southern District of California, defendant MIKHAIL M. TUKNOV, JR., knowingly and with intent to defraud possessed 15 or more unauthorized access devices, to wit, 14 debit card numbers and 15 personal identification numbers which were stolen or obtained with intent to defraud; in and affecting interstate and foreign commerce; all in violation of Title 18, United States Code, Section 1029(a)(3).

### Count 3

### [18 U.S.C. §1029(a)(3)]

On or about September 23, 2005, within the Southern District of California, defendant MIKHAIL M. TUKNOV, JR., knowingly and with intent to defraud possessed 15 or more unauthorized access devices; to wit, approximately 17 debit card numbers and 17 personal identification numbers which were stolen or otherwise obtained with intent to defraud; in and affecting interstate and foreign commerce; all in violation of Title 18, United States Code, Section 1029(a)(3).

//

//

2

1                    <u>Count 4</u>

2             [18 U.S.C. §1029(a)(3)]

3      On or about October 4, 2005, within the Southern District of

4 California, defendant MIKHAIL M. TUKNOV, JR., knowingly and with

5 intent to defraud possessed 15 or more unauthorized access devices;

6 to wit, approximately 20 debit card numbers and 20 personal

7 identification numbers which were stolen or otherwise obtained with

8 intent to defraud; in and affecting interstate and foreign commerce;

9 all in violation of Title 18, United States Code, Section 1029(a)(3).

10                    <u>Count 5</u>

11             [18 U.S.C. §1029(a)(3)]

12      On or about October 7, 2005, within the Southern District of

13 California, defendant MIKHAIL M. TUKNOV, JR., knowingly and with

14 intent to defraud possessed 15 or more unauthorized access devices;

15 to wit, approximately 40 debit card numbers and 40 personal

16 identification numbers which were stolen or otherwise obtained with

17 intent to defraud; in and affecting interstate and foreign commerce;

18 all in violation of Title 18, United States Code, Section 1029(a)(3).

19                    <u>Count 6</u>

20             [18 U.S.C. §1029(a)(3)]

21      On or about October 12, 2005, within the Southern District of

22 California, defendant MIKHAIL M. TUKNOV, JR., knowingly and with

23 intent to defraud possessed 15 or more unauthorized access devices;

24 to wit, approximately 60 debit card numbers and 60 personal

25 identification numbers which were stolen or otherwise obtained with

26 intent to defraud; in and affecting interstate and foreign commerce;

27 all in violation of Title 18, United States Code, Section 1029(a)(3).

28 //

Count 7

[18 U.S.C. §1029(a)(3)]

On or about October 18, 2005, within the Southern District of California, defendant MIKHAIL M. TUKNOV, JR., knowingly and with intent to defraud possessed 15 or more unauthorized access devices; to wit, approximately 60 debit card numbers and 60 personal identification numbers which were stolen or otherwise obtained with intent to defraud; in and affecting interstate and foreign commerce; all in violation of Title 18, United States Code, Section 1029(a)(3).

Count 8

[18 U.S.C. §1029(a)(3)]

On or about October 22, 2005, within the Southern District of California, defendant MIKHAIL M. TUKNOV, JR., knowingly and with intent to defraud possessed 15 or more unauthorized access devices; to wit, approximately 48 debit card numbers and 48 personal identification numbers which were stolen or otherwise obtained with intent to defraud; in and affecting interstate and foreign commerce; all in violation of Title 18, United States Code, Section 1029(a)(3).

Count 9

[18 U.S.C. §1029(a)(3)]

On or about October 25, 2005, within the Southern District of California, defendant MIKHAIL M. TUKNOV, JR., knowingly and with intent to defraud possessed 15 or more unauthorized access devices; to wit, approximately 30 debit card numbers and 30 personal identification numbers which were stolen or otherwise obtained with intent to defraud; in and affecting interstate and foreign commerce; all in violation of Title 18, United States Code, Section 1029(a)(3).

//

4

Count 10

[18 U.S.C. §1029(a)(3)]

On or about October 26, 2005, at approximately 8:23 a.m., within the Southern District of California, defendant MIKHAIL M. TUKNOV, JR., knowingly and with intent to defraud possessed 15 or more unauthorized access devices; to wit, approximately 77 debit card numbers and 77 personal identification numbers which were stolen or otherwise obtained with intent to defraud; in and affecting interstate and foreign commerce; all in violation of Title 18, United States Code, Section 1029(a)(3).

Count 11

[18 U.S.C. §1029(a)(3)]

On or about October 26, 2005, at approximately 10:17 p.m., within the Southern District of California, defendant MIKHAIL M. TUKNOV, JR., knowingly and with intent to defraud possessed 15 or more unauthorized access devices; to wit, approximately 21 debit card numbers and 21 personal identification numbers which were stolen or otherwise obtained with intent to defraud; in and affecting interstate and foreign commerce; all in violation of Title 18, United States Code, Section 1029(a)(3).

Count 12

[18 U.S.C. §1029(a)(3)]

On or about October 28, 2005, within the Southern District of California, defendant MIKHAIL M. TUKNOV, JR., knowingly and with intent to defraud possessed 15 or more unauthorized access devices; to wit, approximately 63 debit card numbers and 63 personal identification numbers which were stolen or otherwise obtained with

//

5

1  intent to defraud; in and affecting interstate and foreign commerce;
2  all in violation of Title 18, United States Code, Section 1029(a)(3).
3                              Count 13
4                        [18 U.S.C. §1029(a)(3)]
5      On or about October 31, 2005, within the Southern District of
6  California, defendant MIKHAIL M. TUKNOV, JR., knowingly and with
7  intent to defraud possessed 15 or more unauthorized access devices;
8  to wit, approximately 50 debit card numbers and 50 personal
9  identification numbers which were stolen or otherwise obtained with
10 intent to defraud; in and affecting interstate and foreign commerce;
11 all in violation of Title 18, United States Code, Section 1029(a)(3).
12                             Count 14
13                       [18 U.S.C. §1029(a)(3)]
14     On or about November 1, 2005, within the Southern District of
15 California, defendant MIKHAIL M. TUKNOV, JR., knowingly and with
16 intent to defraud possessed 15 or more unauthorized access devices;
17 to wit, approximately 50 debit card numbers and 50 personal
18 identification numbers which were stolen or otherwise obtained with
19 intent to defraud; in and affecting interstate and foreign commerce;
20 all in violation of Title 18, United States Code, Section 1029(a)(3).
21                             Count 15
22                       [18 U.S.C. §1029(a)(3)]
23     On or about November 3, 2005, within the Southern District of
24 California, defendant MIKHAIL M. TUKNOV, JR., knowingly and with
25 intent to defraud possessed 15 or more unauthorized access devices;
26 to wit, approximately 53 debit card numbers and 53 personal
27 identification numbers which were stolen or otherwise obtained with
28 //

                                 6

1  intent to defraud; in and affecting interstate and foreign commerce;

2  all in violation of Title 18, United States Code, Section 1029(a)(3).

3  Count 16

4  [18 U.S.C. §1029(a)(3)]

5  On or about November 4, 2005, within the Southern District of

6  California, defendant MIKHAIL M. TUKNOV, JR., knowingly and with

7  intent to defraud possessed 15 or more unauthorized access devices;

8  to wit, approximately 50 debit card numbers and 50 personal

9  identification numbers which were stolen or otherwise obtained with

10  intent to defraud; in and affecting interstate and foreign commerce;

11  all in violation of Title 18, United States Code, Section 1029(a)(3).

12  Count 17

13  [18 U.S.C. §1029(a)(3)]

14  On or about January 3, 2006, within the Southern District of

15  California, defendant MIKHAIL M. TUKNOV, JR., knowingly and with

16  intent to defraud possessed 15 or more unauthorized access devices;

17  to wit, approximately 20 debit card numbers and 20 personal

18  identification numbers which were stolen or otherwise obtained with

19  intent to defraud; in and affecting interstate and foreign commerce;

20  all in violation of Title 18, United States Code, Section 1029(a)(3).

21  Count 18

22  [18 U.S.C. §1029(a)(3)]

23  On or about February 5, 2006, within the Southern District of

24  California, defendant MIKHAIL M. TUKNOV, JR., knowingly and with

25  intent to defraud possessed 15 or more unauthorized access devices;

26  to wit, approximately 30 debit card numbers and 30 personal

27  identification numbers which were stolen or otherwise obtained with

28  //

1   intent to defraud; in and affecting interstate and foreign commerce;
2   all in violation of Title 18, United States Code, Section 1029(a)(3).
3                              Count 19
4                        [18 U.S.C. §1029(a)(3)]
5       On or about February 7, 2006, within the Southern District of
6   California, defendant MIKHAIL M. TUKNOV, JR., knowingly and with
7   intent to defraud possessed 15 or more unauthorized access devices;
8   to wit, approximately 30 debit card numbers and 30 personal
9   identification numbers which were stolen or otherwise obtained with
10  intent to defraud; in and affecting interstate and foreign commerce;
11  all in violation of Title 18, United States Code, Section 1029(a)(3).
12                             Count 20
13                       [18 U.S.C. §1029(a)(3)]
14      On or about February 8, 2006, at approximately 12:48 p.m., within
15  the Southern District of California, defendant MIKHAIL M. TUKNOV, JR.,
16  knowingly and with intent to defraud possessed 15 or more unauthorized
17  access devices; to wit, approximately 25 debit card numbers and
18  25 personal identification numbers which were stolen or otherwise
19  obtained with intent to defraud; in and affecting interstate and
20  foreign commerce; all in violation of Title 18, United States Code,
21  Section 1029(a)(3).
22                             Count 21
23                       [18 U.S.C. §1029(a)(3)]
24      On or about February 8, 2006, at approximately 9:18 p.m., within
25  the Southern District of California, defendant MIKHAIL M. TUKNOV, JR.,
26  knowingly and with intent to defraud possessed 15 or more unauthorized
27  access devices; to wit, approximately 34 debit card numbers and
28  34 personal identification numbers which were stolen or otherwise

                                   8

1 obtained with intent to defraud; in and affecting interstate and
2 foreign commerce; all in violation of Title 18, United States Code,
3 Section 1029(a)(3).

4                              Count 22
5                        [18 U.S.C. §1029(a)(3)]
6      On or about February 9, 2006, within the Southern District of
7 California, defendant MIKHAIL M. TUKNOV, JR., knowingly and with
8 intent to defraud possessed 15 or more unauthorized access devices;
9 to wit, approximately 114 debit card numbers and 114 personal
10 identification numbers which were stolen or otherwise obtained with
11 intent to defraud; in and affecting interstate and foreign commerce;
12 all in violation of Title 18, United States Code, Section 1029(a)(3).

13                              Count 23
14                        [18 U.S.C. §1029(a)(3)]
15      On or about March 8, 2006, within the Southern District of
16 California, defendant MIKHAIL M. TUKNOV, JR., knowingly and with
17 intent to defraud possessed 15 or more unauthorized access devices;
18 to wit, approximately 61 debit card numbers and 61 personal
19 identification numbers which were stolen or otherwise obtained with
20 intent to defraud; in and affecting interstate and foreign commerce;
21 all in violation of Title 18, United States Code, Section 1029(a)(3).

22                              Count 24
23                        [18 U.S.C. §1028A(a)(1)]
24      On or about September 13, 2005, within the Southern District
25 of California, defendant MIKHAIL M. TUKNOV, JR., during and in
26 relation to a felony violation of Title 18, United States Code,
27 Section 1029(a)(3), as charged at Count 2 herein, knowingly
28 transferred, without lawful authority, a means of identification of

1  other persons, to wit, approximately 14 debit card numbers and
2  associated personal identification numbers of actual persons; in
3  violation of Title 18, United States Code, Section 1028A(a)(1).

4  Count 25
5  [18 U.S.C. §1028A(a)(1)]

6  On or about September 23, 2005, within the Southern District of
7  California, defendant MIKHAIL M. TUKNOV, JR., during and in relation
8  to a felony violation of Title 18, United States Code,
9  Section 1029(a)(3), as charged at Count 3 herein, knowingly
10 transferred, without lawful authority, a means of identification of
11 other persons, to wit, approximately 17 debit card numbers and
12 associated personal identification numbers of actual persons; in
13 violation of Title 18, United States Code, Section 1028A(a)(1).

14 Count 26
15 [18 U.S.C. §1028A(a)(1)]

16 On or about October 4, 2005, within the Southern District of
17 California, defendant MIKHAIL M. TUKNOV, JR., during and in relation
18 to a felony violation of Title 18, United States Code,
19 Section 1029(a)(3), as charged at Count 4 herein, knowingly
20 transferred, without lawful authority, a means of identification of
21 other persons, to wit, approximately 20 debit card numbers and
22 associated personal identification numbers of actual persons; in
23 violation of Title 18, United States Code, Section 1028A(a)(1).

24 Count 27
25 [18 U.S.C. §1028A(a)(1)]

26 On or about October 7, 2005, within the Southern District of
27 California, defendant MIKHAIL M. TUKNOV, JR., during and in relation
28 to a felony violation of Title 18, United States Code,

10

1  Section 1029(a)(3), as charged at Count 5 herein, knowingly
2  transferred, without lawful authority, a means of identification of
3  other persons, to wit, approximately 40 debit card numbers and
4  associated personal identification numbers of actual persons; in
5  violation of Title 18, United States Code, Section 1028A(a)(1).

Count 28

[18 U.S.C. §1028A(a)(1)]

8  On or about October 12, 2005, within the Southern District of
9  California, defendant MIKHAIL M. TUKNOV, JR., during and in relation
10  to a felony violation of Title 18, United States Code,
11  Section 1029(a)(3), as charged at Count 6 herein, knowingly
12  transferred, without lawful authority, a means of identification of
13  other persons, to wit, approximately 60 debit card numbers and
14  associated personal identification numbers of actual persons; in
15  violation of Title 18, United States Code, Section 1028A(a)(1).

Count 29

[18 U.S.C. §1028A(a)(1)]

18  On or about October 18, 2005, within the Southern District of
19  California, defendant MIKHAIL M. TUKNOV, JR., during and in relation
20  to a felony violation of Title 18, United States Code,
21  Section 1029(a)(3), as charged at Count 7 herein, knowingly
22  transferred, without lawful authority, a means of identification of
23  other persons, to wit, approximately 60 debit card numbers and
24  associated personal identification numbers of actual persons; in
25  violation of Title 18, United States Code, Section 1028A(a)(1).
26  //
27  //
28  //

1

Count 30

2

[18 U.S.C. §1028A(a)(1)]

3     On or about October 22, 2005, within the Southern District of

4  California, defendant MIKHAIL M. TUKNOV, JR., during and in relation

5  to   a   felony   violation   of   Title   18,   United   States   Code,

6  Section  1029(a)(3),  as  charged  at  Count  8  herein,  knowingly

7  transferred, without lawful authority, a means of identification of

8  other  persons,  to  wit,  approximately  48  debit  card  numbers  and

9  associated  personal  identification  numbers  of  actual  persons;  in

10  violation of Title 18, United States Code, Section 1028A(a)(1).

11

Count 31

12

[18 U.S.C. §1028A(a)(1)]

13     On or about October 25, 2005, within the Southern District of

14  California, defendant MIKHAIL M. TUKNOV, JR., during and in relation

15  to   a   felony   violation   of   Title   18,   United   States   Code,

16  Section  1029(a)(3),  as  charged  at  Count  9  herein,  knowingly

17  transferred, without lawful authority, a means of identification of

18  other  persons,  to  wit,  approximately  30  debit  card  numbers  and

19  associated  personal  identification  numbers  of  actual  persons;  in

20  violation of Title 18, United States Code, Section 1028A(a)(1).

21

Count 32

22

[18 U.S.C. §1028A(a)(1)]

23     On or about October 26, 2005, within the Southern District of

24  California, defendant MIKHAIL M. TUKNOV, JR., during and in relation

25  to   felony   violations   of   Title   18,   United   States   Code,

26  Section 1029(a)(3), as charged at Counts 10 and 11 herein, knowingly

27  transferred, without lawful authority, a means of identification of

28  other  persons,  to  wit,  approximately  98  debit  card  numbers  and

12

associated personal identification numbers of actual persons; in violation of Title 18, United States Code, Section 1028A(a)(1).

Count 33

[18 U.S.C. §1028A(a)(1)]

On or about October 28, 2005, within the Southern District of California, defendant MIKHAIL M. TUKNOV, JR., during and in relation to a felony violation of Title 18, United States Code, Section 1029(a)(3), as charged at Count 12 herein, knowingly transferred, without lawful authority, a means of identification of other persons, to wit, approximately 63 debit card numbers and associated personal identification numbers of actual persons; in violation of Title 18, United States Code, Section 1028A(a)(1).

Count 34

[18 U.S.C. §1028A(a)(1)]

On or about October 31, 2005, within the Southern District of California, defendant MIKHAIL M. TUKNOV, JR., during and in relation to a felony violation of Title 18, United States Code, Section 1029(a)(3), as charged at Count 13 herein, knowingly transferred, without lawful authority, a means of identification of other persons, to wit, approximately 50 debit card numbers and associated personal identification numbers of actual persons; in violation of Title 18, United States Code, Section 1028A(a)(1).

Count 35

[18 U.S.C. §1028A(a)(1)]

On or about November 1, 2005, within the Southern District of California, defendant MIKHAIL M. TUKNOV, JR., during and in relation to a felony violation of Title 18, United States Code, Section 1029(a)(3), as charged at Count 14 herein, knowingly

transferred, without lawful authority, a means of identification of other persons, to wit, approximately 50 debit card numbers and associated personal identification numbers of actual persons; in violation of Title 18, United States Code, Section 1028A(a)(1).

### Count 36

#### [18 U.S.C. §1028A(a)(1)]

On or about November 3, 2005, within the Southern District of California, defendant MIKHAIL M. TUKNOV, JR., during and in relation to a felony violation of Title 18, United States Code, Section 1029(a)(3), as charged at Count 15 herein, knowingly transferred, without lawful authority, a means of identification of other persons, to wit, approximately 53 debit card numbers and associated personal identification numbers of actual persons; in violation of Title 18, United States Code, Section 1028A(a)(1).

### Count 37

#### [18 U.S.C. §1028A(a)(1)]

On or about November 4, 2005, within the Southern District of California, defendant MIKHAIL M. TUKNOV, JR., during and in relation to a felony violation of Title 18, United States Code, Section 1029(a)(3), as charged at Count 16 herein, knowingly transferred, without lawful authority, a means of identification of other persons, to wit, approximately 50 debit card numbers and associated personal identification numbers of actual persons; in violation of Title 18, United States Code, Section 1028A(a)(1).

### Count 38

#### [18 U.S.C. §1028A(a)(1)]

On or about January 3, 2006, within the Southern District of California, defendant MIKHAIL M. TUKNOV, JR., during and in relation

to a felony violation of Title 18, United States Code, Section 1029(a)(3), as charged at Count 17 herein, knowingly transferred, without lawful authority, a means of identification of other persons, to wit, approximately 20 debit card numbers and associated personal identification numbers of actual persons; in violation of Title 18, United States Code, Section 1028A(a)(1).

## Count 39

[18 U.S.C. §1028A(a)(1)]

On or about February 5, 2006, within the Southern District of California, defendant MIKHAIL M. TUKNOV, JR., during and in relation to a felony violation of Title 18, United States Code, Section 1029(a)(3), as charged at Count 18 herein, knowingly transferred, without lawful authority, a means of identification of other persons, to wit, approximately 30 debit card numbers and associated personal identification numbers of actual persons; in violation of Title 18, United States Code, Section 1028A(a)(1).

## Count 40

[18 U.S.C. §1028A(a)(1)]

On or about February 7, 2006, within the Southern District of California, defendant MIKHAIL M. TUKNOV, JR., during and in relation to a felony violation of Title 18, United States Code, Section 1029(a)(3), as charged at Count 19 herein, knowingly transferred, without lawful authority, a means of identification of other persons, to wit, approximately 30 debit card numbers and associated personal identification numbers of actual persons; in violation of Title 18, United States Code, Section 1028A(a)(1).

//

//

Count 41

[18 U.S.C. §1028A(a)(1)]

On or about February 8, 2006, within the Southern District of California, defendant MIKHAIL M. TUKNOV, JR., during and in relation to felony violations of Title 18, United States Code, Section 1029(a)(3), as charged at Count 20 and 21 herein, knowingly transferred, without lawful authority, a means of identification of other persons, to wit, approximately 59 debit card numbers and associated personal identification numbers of actual persons; in violation of Title 18, United States Code, Section 1028A(a)(1).

Count 42

[18 U.S.C. §1028A(a)(1)]

On or about February 9, 2006, within the Southern District of California, defendant MIKHAIL M. TUKNOV, JR., during and in relation to a felony violation of Title 18, United States Code, Section 1029(a)(3), as charged at Count 22 herein, knowingly transferred, without lawful authority, a means of identification of other persons, to wit, approximately 114 debit card numbers and associated personal identification numbers of actual persons; in violation of Title 18, United States Code, Section 1028A(a)(1).

Count 43

[18 U.S.C. §1028A(a)(1)]

On or about March 8, 2006, within the Southern District of California, defendant MIKHAIL M. TUKNOV, JR., during and in relation to a felony violation of Title 18, United States Code, Section 1029(a)(3), as charged at Count 23 herein, knowingly transferred, without lawful authority, a means of identification of other persons, to wit, approximately 61 debit card numbers and

1  associated personal identification numbers of actual persons; in
2  violation of Title 18, United States Code, Section 1028A(a)(1).

3                              Count 44

4                        [18 U.S.C. §1956(h)]

5       Beginning on or about August 17, 2005, and continuing to on or
6  about March 9, 2006, in the Southern District of California and
7  elsewhere, defendant MIKHAIL M. TUKNOV, JR., knowingly conspired and
8  agreed with others known and unknown to the grand jury to commit an
9  offense against the United States, to wit, money laundering, in
10 violation of Title 18, United States Code, Section 1956(a)(1)(A)(i).

11                   Objects of the Conspiracy

12      A.   It was an object of the conspiracy that defendant MIKHAIL
13 M. TUKNOV, JR., and his known and unknown co-conspirators located in
14 the United States, the Dominican Republic and Russia knowingly would
15 engage in debit card fraud in violation of Title 18, United States
16 Code, Sections 1029(a)(2) and 1029(a)(3) as alleged at Counts 1
17 through 23 herein.

18      B.   It also was an object of the conspiracy that defendant
19 MIKHAIL M. TUKNOV, JR., and his known and unknown co-conspirators in
20 the United States, the Dominican Republic and Russia, knowingly would
21 engage in financial transactions involving the proceeds of specified
22 unlawful activity, that is, debit card fraud in violation of Title 18,
23 United States Code, Sections 1029(a)(2) and (b)(1) as alleged at
24 Count 1 herein, with the intent to promote the carrying on of
25 debit card fraud in violation of Title 18, United States Code,
26 Sections 1029(a)(2)and (a)(3) as charged at Counts 1 through 23
27 herein.
28 //

                              17

<u>Manner and Means of the Conspiracy</u>

1.    It was part of the conspiracy that defendant MIKHAIL M. TUKNOV, JR., would and did obtain from unknown sources unauthorized debit card numbers and associated personal identification numbers which were stolen or otherwise obtained with intent to defraud.

2.    It further was part of the conspiracy that defendant MIKHAIL M. TUKNOV, JR., would and did transfer the unauthorized debit card numbers and associated personal identification numbers to a co-conspirator in the Dominican Republic for false debit cards to be created and encoded and the accounts associated with the debit card numbers to be accessed at Automated Teller Machines and cash withdrawals obtained.

3.    It further was part of the conspiracy that defendant MIKHAIL M. TUKNOV, JR., would and did provide his co-conspirator in the Dominican Republic with contact information of persons in Russia to send the proceeds of the cashing out of the unauthorized cards in order to obtain additional unauthorized card numbers and associated personal identification numbers.

4.    It further was part of the conspiracy that defendant MIKHAIL M. TUKNOV, JR., would and did receive from his Russian co-conspirators a percentage of the proceeds sent to them from the co-conspirator in the Dominican Republic or from other co-conspirators in the United States and receive additional unauthorized debit card numbers and associated personal identification numbers in order to continue to commit debit card fraud.

//

//

//

18

1    5.    It further was part of the conspiracy that pursuant to the
2    direction of defendant MIKHAIL M. TUKNOV, JR., co-conspirators in the
3    Dominican Republic and in the United States caused approximately
4    $96,509.77 to be transmitted to various co-conspirators in Russia
5    between September 24, 2005, and November 18, 2005.

6    6.    It further was part of the conspiracy that during the period
7    September 24, 2005, and November 18, 2005, defendant MIKHAIL M.
8    TUKNOV, JR., received approximately $15,210.00 from his co-
9    conspirators in Russia and obtained approximately 600 unique
10   unauthorized debit card numbers and associated personal identification
11   numbers with which to continue the criminal enterprise.
12   All in violation of Title 18, United States Code, Section 1956(h).

13         DATED: October 23, 2008

14                                          A TRUE BILL:

15

16                                          _____
                                            Foreperson
17

18   KAREN P. HEWITT
     United States Attorney

19

20   By: _____
         MITCHELL D. DEMBIN
21       Assistant U. S. Attorney

22

23

24

25

26

27

28