☒ AO 245B  (Rev. 9/00) Judgment in a Criminal Case
Sheet 1

FILED

2009 SEP 30  AM 8:58

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
v.
MIKHAIL M. TUKNOV JR.

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number: 08CR3663-JAH

Michael Stephen Berg
Defendant's Attorney

REGISTRATION NO. 11530298

☐

THE DEFENDANT:
☒ pleaded guilty to count(s)  one and forty-four of the forty-four count indictment.
☐ was found guilty on count(s) ____
after a plea of not guilty.
Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 18 USC 1029(a)(2), (b)(1) | DEBIT CARD FRAUD | 1 |
| 18 USC 1956(h) | CONSPIRACY TO COMMIT MONEY LAUNDERING | 44 |

The defendant is sentenced as provided in pages 2 through __6__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) ____
☒ Count(s) __remaining__    is ☐  are ☒ dismissed on the motion of the United States.

☒ Assessment: $200.00

☒ No fine    ☐ Property forfeited pursuant to order filed _____, included herein.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

September 24, 2009
Date of Imposition of Sentence

HON. JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE

08CR3663-JAH

AO 245B     (Rev. 9/00) Judgment in Criminal Case
            Sheet 2 — Imprisonment

Judgment — Page __2__ of __6__

DEFENDANT: MIKHAIL M. TUKNOV JR.
CASE NUMBER: 08CR3663-JAH

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of

Ct1: TWENTY-EIGHT (28) MONTHS,
Ct44: TWENTY-EIGHT (28) MONTHS, concurrent to count one.

☐ Sentence imposed pursuant to Title 8 USC Section 1326(b).

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

     ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
     as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

     ☐ before _____
     ☐ as notified by the United States Marshal.
     ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
           Sheet 3 — Supervised Release

Judgment—Page __3__ of __6__

DEFENDANT: MIKHAIL M. TUKNOV JR.
CASE NUMBER: 08CR3663-JAH

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :
THREE (3) YEARS, concurrent as to counts 1 and 44.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

*For offenses committed on or after September 13, 1994:*

The defendant shall not illegally possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter as determined by the court. Testing requirements will not exceed submission of more than __4__ drug tests per month during the term of supervision, unless otherwise ordered by court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☒ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

☒ The defendant shall cooperate in the collection of DNA as directed by the probation officer pursuant to 18 USC 3583(d).

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution obligation, it is a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in this judgment.

The defendant must comply with the standard conditions that have been adopted by this court. The defendant shall also comply with any special conditions imposed.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

08CR3663-JAH

AO 245B  (Rev. 9/00) Judgment in a Criminal Case
        Sheet 4 — Special Conditions

Judgment—Page __4__ of __6__

DEFENDANT: MIKHAIL M. TUKNOV JR.
CASE NUMBER: **08CR3663-JAH**

## SPECIAL CONDITIONS OF SUPERVISION

☐ Submit person, residence, office or vehicle to a search, conducted by a United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

☒ If deported, excluded, or allowed to voluntarily return to country of origin, not reenter the United States illegally and report to the probation officer with  24  hours of any reentry to the United States; supervision waived upon deportation, exclusion or voluntary departure.

☐ Not transport, harbor, or assist undocumented aliens.

☐ Not associate with undocumented aliens or alien smugglers.

☐ Not reenter the United States illegally.

☐ Not enter the Republic of Mexico without written permission of the Court or probation officer.

☐ Report all vehicles owned or operated, or in which you have an interest, to the probation officer.

☐ Not possess any narcotic drug or controlled substance without a lawful medical prescription.

☐ Not associate with known users of, smugglers of, or dealers in narcotics, controlled substances, or dangerous drugs in any form.

☐ Participate in a program of mental health treatment as directed by the probation officer, take all medications as prescribed by a psychiatrist/physician, and not discontinue any medication without permission. The Court authorizes the release of the presentence report and available psychological evaluations to the mental health provider, as approved by the probation officer. The defendant may be required to contribute to the costs of services rendered in an amount to be determined by the probation officer, based on the defendant's ability to pay.

☐

☐ Participate in a mental health treatment program as directed by the probation office.

☒ Provide complete disclosure of personal and business financial records to the probation officer as requested.

☒ Be prohibited from opening checking accounts or incurring new credit charges or opening additional lines of credit without approval of the probation officer.

☐ Seek and maintain full time employment and/or schooling or a combination of both.

☐ Resolve all outstanding warrants within          days.

☐ Complete          hours of community service in a program approved by the probation officer within

☐ Reside in a Residential Reentry Center (RRC) as directed by the probation officer for a period of

☒ Consent to third party disclosure to any employer, or potential employer, concerning the conviction in this case and any restrictions that are imposed by the Court.

☐ Notify The US Attorneys Collection Unit of any assets in which you have an interest and any assets transferred within the last year and any assets transferred during the period of supervised release.

☐ Not engage in any form of telemarketing, as defined in 18 USC 2325, without the written permission of the probation officer.

☐ Comply with the conditions of the Home Confinement Program for a period of                    months and remain at your residence except for activities or employment as approved by the court or probation officer. Wear an electronic monitoring device and follow procedures specified by the probation officer. Pay the total cost of electronic monitoring services, or a portion if deemed appropriate by the probation officer.

☐ Participate in a program of drug or alcohol abuse treatment, including urinalysis testing and counseling, as directed by the probation officer. The defendant may be required to contribute to the costs of services rendered in an amount to be determined by the probation officer, based on the defendant's ability to pay.

**08CR3663-JAH**

AO 245S    Judgment in Criminal Case
           Sheet 5 — Criminal Monetary Penalties

Judgment — Page __5__ of __6__

DEFENDANT: MIKHAIL M. TUKNOV JR.
CASE NUMBER: 08CR3663-JAH

## RESTITUTION

The defendant shall pay restitution in the amount of ___$371,504.40___ unto the United States of America.

This sum shall be paid  ___ immediately.
                        _X_ as follows:

Pay restitution in the amount of $371,504.40 through the Clerk, U.S. District Court, to the victims listed in attachment A to the plea agreement, and attached here, payable forthwith or through the Inmate Financial Responsibility Program at the rate of $25.00 per quarter during the period of incarceration, with the payment of any balance to be made following release from prison at the rate of $12,500 per year.

The Court has determined that the defendant   does not   have the ability to pay interest. It is ordered that:

_X_   The interest requirement is waived.

___   The interest is modified as follows:

08CR3663-JAH

| dollar_loss | bank | tin | address1 | city | state | zip | phone1 | phone2 |
|---|---|---|---|---|---|---|---|---|
| $1,895.39 | 1ST PACIFIC CREDIT UNION | 941181134 | PO BOX 1552 | VALLEJO | CA | 94590 | 8002736428 | 800-273-6428 |
| $2,081.25 | ALLEGACY FEDERAL CREDIT UNION | 566087383 | 1691 WESTBROOK PLAZA DRIVE | WINSTON SALEM | NC | 27103 | 8004534270 | 800-282-7629 |
| $906.50 | AMSOUTH BANK | 630935103 | 1900 5th AVENUE NORTH | BIRMINGHAM | AL | 35203 | 8004442867 | 800-785-7566 |
| $706.00 | AUSTIN TELCO FEDERAL CREDIT UNION | 741110192 | 8929 SHOAL CREEK BLVD | AUSTIN | TX | 78757 | 8002521310 | 800-252-1310 |
| $10,709.00 | BANK OF AMERICA, NATIONAL ASSOCIATION | 941687665 | PO BOX 37000 | SAN FRANCISCO | CA | 94137 | 8004321000 | 877-833-5617 |
| $404.00 | BANK OF NORTH CAROLINA | 561663149 | 831 JULIAN AVENUE | THOMASVILLE | NC | 27360 | 3364769200 | 336-410-7317 |
| $1,411.00 | BANK OF THE SIERRA | 942431437 | 86 NORTH MAIN STREET | PORTERVILLE | CA | 93257 | 8005548969 | 559-791-4480 |
| $1,207.00 | BRANCH BANKING AND TRUST COMPANY | 561074313 | PO BOX 580364 | CHARLOTTE | NC | 28258 | 8002265228 | 800-682-6902 |
| $1,906.00 | COMMUNITY- BANK OF NEVADA | 880317251 | 1400 SOUTH RAINBOW BOULEVARD | LAS VEGAS | NV | 89102 | 7028780700 | 800-927-0395 |
| $10,881.50 | COMPASS BANK | 581817946 | 24 GREENWAY PLAZA | HOUSTON | TX | 77046 | 8002392265 | 800-239-5175 |
| $500.00 | DESERT COMMUNITY BANK | 953376749 | 12530 HESPERIA ROAD | VICTORVILLE | CA | 92392 | 7602432140 | 760-243-2140 |
| $704.50 | DESERT SCHOOLS FEDERAL CREDIT UNION | 860096740 | PO BOX 2945 | PHOENIX | AZ | 85062 | 6024334290 | 800-456-9171 |
| $201.50 | ENSIGN FEDERAL CREDIT UNION | 880089199 | 1300 W WARM SPRINGS RD | HENDERSON | NV | 89014 | 8004424757 | 800-442-4757 |
| $1,064.50 | EXTRACO BANKS, NATIONAL ASSOCIATION | 740935612 | 18 SOUTH MAIN | TEMPLE | TX | 76501 | 8008252115 | 254-773-2115 |
| $2,017.00 | FIRST NORTHERN BANK OF DIXON | 940475380 | 195 N. FIRST ST | DIXON | CA | 95620 | 7076787864 | |
| $1,004.50 | FORT SILL NATIONAL BANK | 730541534 | 1647 RANDOLPH ROAD | FORT SILL | OK | 73503 | 5803579880 | |
| $3,128.00 | GREATER TEXAS FEDERAL CREDIT UNION | 741197940 | 6411 NORTH LAMAR BLVD | AUSTIN | TX | 78752 | 1007499732 | 512-458-2558 |
| $14,506.50 | JPMORGAN CHASE BANK N.A. - DEBIT | 134994650 | 1111 POLARIS PARKWAY | COLUMBUS | OH | 43240 | 8772265663 | 614-248-0119 |
| $9,674.75 | KEYPOINT CREDIT UNION | 942600376 | 2805 BOWERS AVE | SANTA CLARA | CA | 95051 | 4087314100 | 888-322-3278 |
| $405.25 | MALAGA BANK SSB | 330011033 | 2514 VIA TEJON | PALOS VERDES ESTATES | CA | 90274 | 3103759000 | 310-541-3000 |
| $967.50 | MOCSE CENTRAL VALLEY FEDERAL CREDIT UNION | 941476759 | 3600 COFFEE ROAD | MODESTO | CA | 95355 | 8004466273 | 800-748-4302 |
| $404.00 | MOUNTAIN AMERICA FEDERAL CREDIT UNION | 870172956 | 7181 S CAMPUS VIEW | WEST JORDAN | UT | 84084 | 8007484302 | 877-866-7827 |
| $7,232.00 | NEVADA FEDERAL CREDIT UNION | 880063564 | 2645 S. MOJAVE RD | LAS VEGAS | NV | 89114 | 8003883000 | 888-382-7999 |
| $1,512.25 | NORTON COMMUNITY CREDIT UNION | 951442266 | 294 S. MEMORIAL DR | SAN BERNADINO | CA | 92408 | 8883827999 | 925-454-4000 |
| $400.00 | OPERATING ENGINEERS LOCAL #3 FEDERAL CRED | 946131870 | 6300 VILLAGE PARKWAY | DUBLIN | CA | 94568 | 9254544000 | 800-282-7629 |
| $140.00 | PIEDMONT AVIATION CREDIT UNION | 566048494 | 3810 N. Liberty St. | WINSTON SALEM | NC | 27105 | 8005624583 | 800-245-7728 |
| $501.50 | PROVIDENT CREDIT UNION | 941482957 | 303 TWIN DOLPHIN DR | REDWOOD SHORES | CA | 94065 | 8006260224 | 800-326-7630 |
| $1,090.65 | SACRAMENTO CREDIT UNION | 941530642 | 800 H STREET | SACRAMENTO | CA | 95814 | 8887228601 | 916-921-5050 |
| $186.26 | SACRAMENTO DISTRICT POSTAL EMPLOYEES CU | 940823660 | 1485 RIVER PARK DR | SACRAMENTO | CA | 95815 | 9169215050 | 650-363-1715 |
| $1,695.67 | SAN MATEO CREDIT UNION | 941231186 | 525 MIDDLEFIELD RD | REDWOOD CITY | CA | 94063 | 6503631725 | 888-222-7528 |
| $900.00 | SARA LEE CREDIT UNION | 560252055 | 5995 MUSEUM DR | WINSTON SALEM | NC | 27105 | 8882227528 | 800-357-9654 |
| $1,004.50 | SILVER STATE SCHOOLS FAMILY CREDIT UNION | 880062898 | 4221 S. MCLEOD | LAS VEGAS | NV | 89121 | 7027338820 | 336-794-7842 |
| $926.00 | SOUTHERN COMMUNITY BANK AND TRUST | 561952620 | PO BOX 26134 | WINSTON SALEM | NC | 27114 | 3367947842 | 866-543-5202 |
| $508.00 | STAR ONE CREDIT UNION | 946069237 | STAR ONE CREDIT UNION | SUNNYVALE | CA | 94089 | 8665435202 | 800-999-5887 |
| $180.00 | SUNCOAST SCHOOLS FEDERAL CREDIT UNION | 590291451 | 6801 EAST HILLSBOROUGH AVENUE | TAMPA | FL | 33610 | 8136217511 | 800-345-7183 |
| $1,618.00 | TAPCO CREDIT UNION | 910176216 | 6312 19TH ST W | TACOMA | WA | 98466 | 8003457183 | 800-553-0880 |
| $4,831.00 | TECHNOLOGY CREDIT UNION | 941651781 | 2010 N 1ST STREET SUITE 305 | SAN JOSE | CA | 95131 | 4084519111 | 800-391-3557 |
| $3,301.49 | TEXAS DOW EMPLOYEES CREDIT UNION | 741260543 | 1001 FM 2004 | LAKE JACKSON | TX | 77566 | 8008391154 | 8008391154 |
| $1,511.50 | THE FIRST NATIONAL BANK OF BRYAN | 740531275 | 2807 S TEXAS AVE | BRYAN | TX | 77802 | 9797791111 | 877-935-2637 |
| $2,820.50 | TRAVIS CREDIT UNION | 941242831 | ONE TRAVIS WAY | VACAVILLE | CA | 95688 | 8008778328 | 800-877-8328 |
| $804.50 | UNITED 1ST FEDERAL CREDIT UNION | 580597777 | PO BOX 6150 | ST MARYS | GA | 31558 | 8884848328 | 912-882-6554 |
| $101.50 | UTAH CENTRAL CREDIT UNION | 876119312 | 25 E 1700 SOUTH | SLC | UT | 84115 | 8009996395 | 801-487-8841 |
| $26,459.75 | WACHOVIA BANK NATIONAL ASSOCIATION | 221147033 | 1525 W T HARRIS BLVD NC-541 | CHARLOTTE | NC | 28262 | 8009224684 | 800-359-8977 |
| $23,850.04 | WASHINGTON MUTUAL BANK | 911660453 | 1201 THIRD AVENUE | SEATTLE | WA | 98101 | 8007387000 | 000-788-7000 |
| $212,572.35 | WELLS FARGO BANK IOWA, NATIONAL ASSOCIATION | 941347393 | 2701 NW VAUGHN P6103-053 | PORTLAND | OR | 97210 | 8008693557 | 800-869-3557 |
| $4,532.30 | WESTAMERICA BANK | 940475470 | 1108 FIFTH AVENUE | SAN RAFAEL | CA | 94901 | 8008481088 | 707-863-6011 |
| $1,670.50 | WESTSTAR CREDIT UNION | 880132649 | PO BOX 94138 | LAS VEGAS | NV | 89193 | 7027914777 | 702-791-4777 |
| $847.50 | WINGS FINANCIAL FEDERAL CREDIT UNION | 416028665 | 14985 GLAZIER AVE | APPLE VALLEY | MN | 55124 | 8006922274 | 8006922274 |
| $1,503.00 | WORLD SAVINGS BANK FSB | 222815289 | 1901 HARRISON ST | OAKLAND | CA | 55125 | 8864673776 | 800-778-0009 |
| $2,118.00 | ZIONS FIRST NATIONAL BANK | 870189025 | 1 SOUTH MAIN STREET | SALT LAKE CITY | UT | 55126 | 8887585349 | 800-748-4125 |
| **$371,504.40 Total Loss Sum** | | | | | | | | |

U.S. v. Tuknov, 08cr3663

6 of 6